IN THE UNITED STATES BANKRUPTCY COURT
FOR THE WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
16-31371


C O P Y


In re:                          )
                                )
DAVID MATTHEW JEFFERSON,        )
                                )        341 MEETING TRANSCRIPT
            Debtor.             )
_ _ _ _ _ _ _ _ _ _ _ _ _ _ _ _)


_____

_____


Charlotte, North Carolina

Wednesday, September 28, 2016


_____

Atlantic Professional Reporters

Winston-Salem, NC  27116-1672

APPEARANCES


Frederick L. Henderson, Trustee



Ann V. Dornblazer, Esq.
Office of the Bankruptcy Administrator


OTHER APPEARANCES



Debtor

4f34566b-a2ef-471b-a410-a8def4d307fe

1              MR. HENDERSON:  Okay, now we'll call

2    David Matthew Jefferson.  This will be number 27.

3              No creditors are present.

4              Good morning, sir.

5              MR. JEFFERSON:  Good morning.

6              MR. HENDERSON:  Please state your

7    name.

8              MR. JEFFERSON:  David Jefferson.

9              MR. HENDERSON:  All right, please

10   raise your right hand.

11             Do you promise that your testimony today

12   will be the truth?

13             MR. JEFFERSON:  Yes, sir.

14             MR. HENDERSON:  All right, thank

15   you, sir.

16             All right, I've just got a few questions

17   for you, Mr. Jefferson ---

18             MR. JEFFERSON:  --- Okay.

19             MR. HENDERSON:  --- Just surrounding

20   kind of how your case got prepared.

21             MR. JEFFERSON:  Okay.

22             MR. HENDERSON:  So who has been your

23   attorney?

24             MR. JEFFERSON:  I had a preparer

25   instead of a attorney.

Page 4

1                        MR. HENDERSON:   Okay, and when you

2      first approached Ms. Turner's office, what services

3      were you seeking?

4                        MR. JEFFERSON:   I -- I -- I was

5      seeking on learning of how I should file for

6      bankruptcy, and it led me to her.

7                        MR. HENDERSON:   Uh-huh.

8                        MR. JEFFERSON:   She offered me the

9      opportunity to like basically half price for her just

10     to prepare the papers as opposed to this full

11     engagement and coming here with me.

12                       MR. HENDERSON:   Okay, so your

13     understanding after talking with her was that the

14     services she was offering were exactly what?

15            State that one more time for me.

16                       MR. JEFFERSON:   To prepare the

17     papers and file the documents for me.

18                       MR. HENDERSON:   Okay.

19            All right, now, so I note -- did you ever

20     believe that she or anyone in her office was your

21     bankruptcy attorney?

22                       MR. JEFFERSON:   She made it clear to

23     me that she would not be attending the meeting with

24     me.

25            I'm not sure without seeing it of any

1    details.

2                    MR. HENDERSON:  Okay, at any time in

3    the process did you think -- or did it appear that

4    you were getting -- or did you believe you were

5    getting legal services?

6                    MR. JEFFERSON:  Yes.

7                    MR. HENDERSON:  Okay.

8          All right, what kind of things led you to

9    believe that?

10                   MR. JEFFERSON:  At the same law firm

11   she works at where I visited the office.

12                   MR. HENDERSON:  Uh-huh.

13                   MR. JEFFERSON:  And I believe the

14   paper that she -- the contract she drew up with me, I

15   believe she was representing -- representing me.

16                   MR. HENDERSON:  Okay.

17         Okay, and then how much did you pay the

18   firm?

19                   MR. JEFFERSON:  $500.

20                   MR. HENDERSON:  So just one time,

21   one payment?

22                   MR. JEFFERSON:  Yes.

23                   MR. HENDERSON:  Okay, and then as

24   the work went forward, what exactly did the firm do

25   for you and then what did -- what did you have to do

4f34566b-a2ef-471b-a410-a8def4d307fe

Page 6

1    yourself?

2                    MR. JEFFERSON:  I was tasked with

3    just the filing of all the information.  And she

4    basically just went over it with me, sat me down --

5    sat in the office with me and went over each thing,

6    the process of that and filing the documents with me,

7    looking through the pages.  Just -- just kind of

8    telling me -- guiding me as to what I needed -- what

9    was important for me to fill out or not.

10                   MR. HENDERSON:  Okay, so would you

11   say she just typed what you told her to type -- or it

12   sounds like would you say she actually provided

13   guidance and advice about what you put in the forms?

14                   MR. JEFFERSON:  Yeah.  Not -- not

15   real guidance as to what should be in the -- in the

16   -- the information in the forms.  Yeah, pretty much

17   just typing up the information on those initially.

18                   She had sent me the packet and there was a

19   lot of mistakes in it.  And I had to readjust my

20   creditors and -- she had many figures run from --

21   from her just looking off of my credit reports.

22                   So there was a lot of corrections.  The

23   ones I -- she typed up and finalized the document I

24   needed, things to be in order.

25                   MR. HENDERSON:  Okay, and what --

4f34566b-a2ef-471b-a410-a8def4d307fe

1  when she said -- she sat with you and went over the

2  forms and guided you regarding them, what -- what

3  kind of information or advice did she give?

4              MR. JEFFERSON:  Just kind of -- I

5  don't really know specifics.  I just recall there

6  were a few things I wasn't quite sure about.

7              MR. HENDERSON:  Uh-huh.

8              MR. JEFFERSON:  If I needed to put

9  information there or not, then advise me or not.  She

10  was -- she was there beside me ---

11              MR. HENDERSON:  --- Uh-huh.

12              MR. JEFFERSON:  --- And guiding me

13  in that way, not in a specific manner as to what I

14  should fill in blanks.

15              MR. HENDERSON:  All right.

16          Okay, and when she did that, did you

17  believe she was giving you legal advice or lawyer

18  advice so you would do it the right way?

19              MR. JEFFERSON:  Yeah.  In my

20  interpretation legal advice, yes.  I -- I was under

21  the assumption I was receiving some -- some level of

22  legal advice.

23              MR. HENDERSON:  Some level of legal

24  guidance?

25              MR. JEFFERSON:  Yeah.

Page 8

1                    MR. HENDERSON:  It sounds like it.

2                    MR. JEFFERSON:  Yeah.

3                    MR. HENDERSON:  All right, and how

4    did you go about selecting your exemptions?

5                    MR. JEFFERSON:  Yeah, she -- she

6    kind of explained it to me.  I guess that's where

7    some of the guiding came in.

8            She -- you know, she would ask me

9    questions about what I owned, what I didn't own,

10   things like that.  Kind of guided me as to where --

11   how that -- like what I should put in the form.

12                   MR. HENDERSON:  Right.  Okay, she

13   helped explain the exemptions?

14                   MR. JEFFERSON:  Right.

15                   MR. HENDERSON:  What difference --

16   okay, did she counsel you on whether to -- whether to

17   elect for federal exemptions or state exemptions?

18           Did you ever have to make that decision?

19   That was a choice that was made, so do you think --

20   who made that choice?

21                   MR. JEFFERSON:  I'm not even aware

22   of what you're trying to....

23                   MR. HENDERSON:  Okay, and what did

24   she explain to you, or did she explain to you about

25   the difference between a petition preparer and an

4f34566b-a2ef-471b-a410-a8def4d307fe

1   attorney?

2                 MR. JEFFERSON:  The only distinction

3   that was made to me from her was that she would not

4   be attending this meeting or any subsequent events

5   with me.  That once she handed me the papers, I was

6   on my own.

7                 MR. HENDERSON:  And who filed the

8   papers with the court?

9                 MR. JEFFERSON:  I did.

10                MR. HENDERSON:  Okay, and how did

11  you find out how to file the documents?

12                MR. JEFFERSON:  Google.

13                MR. HENDERSON:  Okay.

14           All right, and do you -- were you ever

15  given a disclosure of compensation of bankruptcy

16  petition preparer form to file?

17                MR. JEFFERSON:  Could you repeat

18  that?

19                MR. HENDERSON:  It's called a

20  disclosure of compensation of bankruptcy petition

21  preparer.

22                MR. JEFFERSON:  I don't -- couldn't

23  say for sure.

24                MR. HENDERSON:  Okay, so you're not

25  sure if you've heard of that form or ---

Page 10

1                         MR. JEFFERSON:   --- Correct.   I'm

2    not sure.

3                         MR. HENDERSON:   All right, what

4    other out-of-pocket expenses did you incur in doing

5    this case?

6                         MR. JEFFERSON:   Just bus travel.

7    other than that -- I mean, that -- that's really it,

8    I think.

9                         MR. HENDERSON:   Okay.   Did you miss

10   any work?

11                        MR. JEFFERSON:   I don't work.

12                        MR. HENDERSON:   All right, I've just

13   got a few requests.

14                        MR. JEFFERSON:   Okay.

15                        MR. HENDERSON:   Let me refer -- of

16   copies that I need from you.

17                        MR. JEFFERSON:   Okay.

18                        MR. HENDERSON:   First, can you give

19   me a copy of, you know, whether it's your bank

20   statement or -- or a copy of the old check, some kind

21   of receipt proving you paid their firm the $500?

22                        MR. JEFFERSON:   Oh, okay.

23                        MR. HENDERSON:   So just proof of

24   your -- record of your payment.

25                        MR. JEFFERSON:   Okay.

Page 11

1                    MR. HENDERSON:  Or a record of if

2    somebody helped you pay it, just a record that that

3    was paid.

4              I understand it was disclosed your mom

5    helped you with that?

6                    MR. JEFFERSON:  Correct.

7                    MR. HENDERSON:  And then proof of

8    any of your other out-of-pocket expenses to the

9    extent that you had to pay for things to get this

10   case done.

11             Also any agreements that you signed with

12   the law firm that -- I think you mentioned one of

13   them.

14                    MR. JEFFERSON:  Yes.

15                    MR. HENDERSON:  I just need a copy

16   of that.

17                    MR. JEFFERSON:  Okay.

18                    MR. HENDERSON:  Any -- is it easier

19   for you to scan and email or mail or fax?

20                    MR. JEFFERSON:  I live near a

21   library.  I can scan and email.

22                    MR. HENDERSON:  Okay.  If that's

23   easy for you, I'll give you my email address, but you

24   can also -- I'll just give you all my contacts.

25                    MR. JEFFERSON:  Okay.

1                    MR. HENDERSON:  Okay, and then I

2    also need any other notices or disclosures or

3    instructions that the firm gave you ---

4                    MR. JEFFERSON:  --- Okay.

5                    MR. JEFFERSON:  --- You know, an

6    email or letters or forms.

7                    MR. JEFFERSON:  What was that?

8                    MR. HENDERSON:  Copies of anything

9    -- any information they gave you -- correspondence.

10                    MR. JEFFERSON:  Would you like a

11   transcript of that email conversation between me and

12   the law firm?

13                    MR. HENDERSON:  That would be great.

14             And then I also have to have a copy of

15   your Social Security card and your driver's license.

16                    MR. JEFFERSON:  Okay.

17                    MR. HENDERSON:  And your -- when is

18   the last time you -- it sounds like you haven't been

19   able to file taxes because of lack of income.

20                    MR. JEFFERSON:  Yes.

21                    MR. HENDERSON:  All right.  I just

22   need just one affidavit that's basically -- you can

23   write a statement saying I have not had enough income

24   to file taxes for the last three or four years.

25                    MR. JEFFERSON:  Okay.

Page 13

 1                         MR. HENDERSON:  Sign it in front of

 2  a notary.

 3                         MR. JEFFERSON:  All right.

 4                         MR. HENDERSON:  And then what's your

 5  phone number and email?

 6                         MR. JEFFERSON:  Phone number is

 7  ████████████.

 8           My email is ████████████████.

 9                         MR. HENDERSON:  Okay, just to

10  confirm that, that's ████████████?

11                         MR. JEFFERSON:  Correct.

12                         MR. HENDERSON:  And then email

13  ███████████████?

14                         MR. JEFFERSON:  Correct.

15                         MR. HENDERSON:  All right.

16           Okay, and I just have a couple -- a couple

17  more questions about the documents you filed.

18                         MR. JEFFERSON:  Okay.

19                         MR. HENDERSON:  And this is Ms.

20  Dornblazer, and she may have a few questions for you

21  as well.

22                         MR. JEFFERSON:  Okay.

23                         MR. HENDERSON:  All right, so you --

24  do you not rent where you live?

25                         MR. JEFFERSON:  Right.

Page 14

```
 1                    MR. HENDERSON:  But you don't own

 2    any real estate?

 3                    MR. JEFFERSON:  No.

 4                    MR. HENDERSON:  All right, so where

 5    do you live?

 6                    MR. JEFFERSON:  I stay with my

 7    mother.

 8                    MR. HENDERSON:  Okay.  So your

 9    family owns Wack -- Wagono?

10                    MR. JEFFERSON:  My mother does.

11                    MR. HENDERSON:  Mother does.

12            All right, and what's your primary mode of

13    transportation?

14                    MR. JEFFERSON:  Public transit, bus.

15                    MR. HENDERSON:  Okay.  Don't own any

16    vehicles?

17                    MR. JEFFERSON:  Exactly.

18                    MR. HENDERSON:  All right, and you

19    had your budget totally blank, so you don't have any

20    income or expenses?

21                    MR. JEFFERSON:  Just....

22                    MR. HENDERSON:  Totally dependent

23    right now?

24                    MR. JEFFERSON:  Don't have any

25    income or expenses.
```

```
 1                         MR. HENDERSON:  And that's been for

 2    the last three years, no other forms of income.

 3                         MR. JEFFERSON:  No.

 4                         MR. HENDERSON:  Have you been --

 5    what have you been doing, living at home?

 6                Are you in school or....

 7                         MR. JEFFERSON:  No.  Currently now

 8    I'm just trying to figure things out.

 9                I've been helping my mother.  Four or five

10    years ago my mother suffered a detached retina, so

11    she's legally blind, so I -- I help her as well.

12                         MR. HENDERSON:  Okay, and do you

13    have any -- any domestic support obligations?

14                         MR. JEFFERSON:  No.  No, sir.

15                         MR. HENDERSON:  No children or

16    former spouses?

17                         MR. JEFFERSON:  No.

18                         MR. HENDERSON:  Okay.  All right.

19    I'll let Ms. Dornblazer ask you some questions.

20                         MS. DORNBLAZER:  Mr. Jefferson, my

21    name is -- as Mr. Henderson said, my name is Ann

22    Dornblazer and I'm with the bankruptcy

23    administrator's office.

24                And so we do have a few questions because

25    things were a little confusing on the petition.
```

Page 16

1          On your application from -- on the

2     petition you say that you -- you do not have an

3     attorney.

4          You're not represented by an attorney.

5     That's your opinion.  Correct?

6                    MR. JEFFERSON:  Yes.

7                    MS. DORMBLAZER:  Okay, so who -- who

8     exactly did you meet with at Turner Law?

9                    MR. JEFFERSON:  I believe her name

10    is Tiffany Turner.

11                   MS. DORMBLAZER:  Tiffany Turner.

12          Did you meet with anybody else there?

13                   MR. JEFFERSON:  No.

14                   MS. DORMBLAZER:  And I think you

15    stated -- what exactly were the services that they

16    provided to you?

17                   MR. JEFFERSON:  I was to gather up

18    all the information of my debts.

19          And I went to her office and we sat down

20    for about an hour and she asked me questions about

21    what I owned, and -- and then she figured out my

22    credit reports.

23          And then she had prepared my own

24    documents, but they were full of mistakes, so I had a

25    few subsequent meetings to get it right.

1                       MS. DORMBLAZER:  So how many times

2     did you meet with her?

3                       MR. JEFFERSON:  I believe three

4     times I was at the office.

5                       MS. DORMBLAZER:  And all those times

6     you met with Ms. Turner?

7                       MR. JEFFERSON:  Yes.  I believe

8     there was a fourth time that I -- I just picked up

9     the documents.  I didn't meet with anyone.

10                      MS. DORMBLAZER:  And what time

11    period was that?  What month?

12                      MR. JEFFERSON:  I guess that was --

13    I'm not a hundred percent sure, because it was in the

14    course of -- it was in a small timeframe, four to six

15    weeks, I believe, all this may have took place.

16                      MS. DORMBLAZER:  Well, on your

17    petition -- do you have the petition with you?

18                      MR. JEFFERSON:  No.

19                      MS. DORMBLAZER:  No?  Okay, let me

20    show you.

21                 What does the petition show in -- in

22    answer to the question, within one year before you

23    filed bankruptcy, did you or anyone acting on your

24    behalf transfer any property to anyone, consulted

25    about seeking bankruptcy or preparing bankruptcy

Page 18

1   petition.

2                    MR. JEFFERSON:  No.  Is that...

3                    MS. DORMBLAZER:  Yeah, look a little

4   more carefully.

5            Was that September '16?

6                    MR. JEFFERSON:  2017.  '16 I think

7   it was.

8                    MS. DORMBLAZER:  Okay.

9                    MR. JEFFERSON:  Okay.  It says to --

10  the -- the credit counseling, I did online.

11                   MS. DORNBLAZER:  Uh-huh.

12                   MR. JEFFERSON:  That shouldn't be

13  there, I don't think.

14                   MS. DORMBLAZER:  Well, the next

15  line.

16                   MR. JEFFERSON:  I guess that would

17  be the Turner Law Firm.

18                   MS. DORMBLAZER:  Uh-huh.

19           And is that where you met with Ms. Turner?

20                   MR. JEFFERSON:  All the adjustments

21  and every ---

22                   MS. DORMBLAZER:  --- Well, yeah, all

23  of that.

24           Is all of that correct?

25                   MR. JEFFERSON:  If -- if -- if the

Page 19

1    online credit counseling is supposed to be there,

2    then yes.

3              As far as her law firm, that is the

4    address that -- that I met her at.  That is the

5    amount.

6                        MS. DORMBLAZER:  Okay.

7                        MR. JEFFERSON:  The date seems

8    roughly accurate.

9                        MS. DORMBLAZER:  Okay.  And then on

10   your petition in a couple of other places -- and I'll

11   just show you these.

12             I think the first page that I handed you

13   was page eight of your petition.

14                        MR. JEFFERSON:  Okay, yes.

15                        MS. DORMBLAZER:  And in response to

16   the question did you pay or agree to pay someone who

17   is not an attorney who helped you fill out your

18   bankruptcy forms, you answered no.  Is that correct?

19                        MR. JEFFERSON:  Correct.

20                        MS. DORMBLAZER:  So what was your

21   impression about who you paid to prepare....

22                        MR. JEFFERSON:  I -- I certainly

23   thought I was paying an attorney.

24                        MS. DORMBLAZER:  Okay.  And again on

25   page 31, in answer to that question, did you pay or

4f34566b-a2ef-471b-a410-a8def4d307fe

Page 20

1    agree to pay someone who is not an attorney to help

2    you, and you answered it yes.  Is that correct?

3                        MR. JEFFERSON:  Correct.

4                        MS. DORMBLAZER:  Okay.  After you

5    filed, you filed an application to file your Chapter

6    -- to waive your Chapter 7 filing fee.

7                        MR. JEFFERSON:  Correct.

8                        MS. DORMBLAZER:  Do you remember

9    filing that?  Okay.

10                   If you'll turn to -- I think I handed you

11   page three ---

12                       MR. JEFFERSON:  --- Correct ---

13                       MS. DORMBLAZER:  --- Of that

14   application.

15                       MR. JEFFERSON:  Yes.

16                       MS. DORMBLAZER:  And in answer to

17   question 19, has anyone paid someone on your behalf

18   for services for this case, could you just explain

19   what your responses were to that question?

20                       MR. JEFFERSON:  Yes.  The response

21   there in the box yes is checked.

22                   And it asks who was paid on your behalf,

23   and I have the box, an attorney and someone else --

24   also both those boxes are checked, and it describes

25   that a parent paid.  And also the online credit

Page 21

1    counseling was listed there.

2              Going down to 519, that's -- that's what I

3    paid the attorney.

4                   MS. DORMBLAZER:  So when you --

5    according to your schedules, you met with -- and what

6    you've just testified, you met with them in June.

7              Am I correct that the papers that you

8    filed in August were the papers that you all

9    discussed in June?

10                  MR. JEFFERSON:  Correct.  Yes.

11                  MS. DORMBLAZER:  What was the cause

12   for filing?

13                  MR. JEFFERSON:  Me as an individual

14   filing bankruptcy?

15                  MS. DORMBLAZER:  Yeah, uh-huh.

16                  MR. JEFFERSON:  I created a lot of

17   credit card debt early on in my twenties, never

18   caught up to it.

19             My family was helping me for a while,

20   making minimum payments.  I became a burden, couldn't

21   be maintained, so I had no other choice at this

22   point.

23                  MS. DORMBLAZER:  So it was just

24   credit card debt?

25                  MR. JEFFERSON:  Correct.

1                    MS. DORMBLAZER:  Okay.  When you met

2    with Ms. Turner, did she explain the differences in

3    -- different bankruptcy options with you?

4                    Did she explain the difference between the

5    Chapter 7 and Chapter 13 in this case?

6                    MR. JEFFERSON:  If so, vaguely.  She

7    may have mentioned some minor details.  We did not go

8    into a full discussion.

9                    MS. DORMBLAZER:  Mr. Jefferson, I do

10   not have any other questions at this time.  However,

11   we may have questions for you going forward, and so

12   we've got your phone number and your email address

13   also.

14                   So the bankruptcy administrator's name is

15   Linda Simpson ---

16                   MR. JEFFERSON:  --- Okay.

17                   MS. DORMBLAZER:  --- So you may --

18   in addition to hearing from Mr. Henderson, you may

19   also hear from us about -- about what's happening in

20   the case.

21                   MR. JEFFERSON:  Okay.

22                   MS. DORMBLAZER:  Okay?

23                   MR. JEFFERSON:  It slipped my mind,

24   but earlier you asked me costs associated with this

25   case.

Page 23

1          Just to add clarity also, I was -- I had

2    to pay for getting to and from there, and I tried to

3    get it mailed, but wasn't able to let me to do that.

4                    MS. DORMBLAZER:  Okay.  I'm -- I'm

5    sorry.  I'm having a little problem hearing you.

6                    MR. JEFFERSON:  I'm sorry.  I'm a

7    little under the weather.

8          My transportation to and from her office

9    was actually quite expensive, $40 round trip, but....

10                   MS. DORMBLAZER:  Well, is it -- how

11   did you get there?

12                   MR. JEFFERSON:  But other than that,

13   that's all.

14                   MR. HENDERSON:  And the mailings, do

15   you have mail receipts for all these documents to all

16   the creditors?

17                   MR. JEFFERSON:  No.  I had asked her

18   if she could mail it to me.

19         These corrections we're making now?

20                   MR. HENDERSON:  No.

21                   MR. JEFFERSON:  No, I had to keep

22   returning to the office.  She wasn't able to mail me

23   the documents, so I didn't know if that was legal or

24   not.

25                   MS. DORMBLAZER:  Do you have your

Page 24

1   proof of receipts?

2                    MR. JEFFERSON:  I can pull all of

3   that, yes.

4                    MS. DORMBLAZER:  Okay.  And then

5   your -- Mr. Henderson -- send him those receipts.

6   Send him anything that you -- any expenses that you

7   had, so like the filing.

8                    MR. JEFFERSON:  Okay.

9                    MR. HENDERSON:  Okay, I'm just

10  writing down the list for you -- hoping that will

11  conclude your meeting -- just so you'll have a list

12  of things to email me.  And then like I said, we'll

13  probably follow up with you with some questions.

14           And it's not -- at least at this point,

15  sir, to be honest, reviewing your documents, I don't

16  have any concerns with you so you don't need to worry

17  personally so much.

18                    MR. JEFFERSON:  Okay.

19                    MR. HENDERSON:  But we do have some

20  concerns about some of the services you received.

21           So I probably have no other questions, so

22  we're just going to ask you some more questions about

23  that probably as we review everything.

24                    MR. JEFFERSON:  Okay, that's fine.

25           Is this something I -- I show you now or

1   you can make a copy of ---

2                    MR. HENDERSON:   --- Yeah, sure.

3   Just bring it over, and then I'll give you the list

4   in a minute.

5              For the record, Mr. Jefferson's I.D.,

6   Social Security card is -- thank you.   Okay.

7                    MS. DORMBLAZER:   Mr. Jefferson, I'm

8   sorry.

9              I did wonder, could you explain -- we can

10  go back on the record ---

11                   MR. HENDERSON:   --- And for the

12  record, this -- yeah, this has not been concluded and

13  there's a follow-up question.

14                   MS. DORMBLAZER:   I -- I apologize.

15             How did you find Turner Law Firm?

16                   MR. JEFFERSON:   I -- I just remember

17  looking online trying to find -- I wasn't able to

18  afford the standard cost of a bankruptcy attorney

19  with one rate.   I was trying to find a discount

20  option.

21             I could probably give you specific details

22  on that, but -- when I look at my computer.   But I

23  found something and I called the number and it

24  referred me to call that specific office as an

25  option.

Page 26

1                    MS. DORMBLAZER:  So the number that

2   you called, that was not the number of -- of the law

3   firm?  Is that -- is that correct?

4                    MR. JEFFERSON:  Some -- someone or

5   something directed me -- referenced me to that -- to

6   that law firm.

7                    MS. DORMBLAZER:  Okay, so if you can

8   provide Mr. Henderson with that information, too.

9                    MR. JEFFERSON:  Yes.  I think my

10   mother actually pulled that up, so she -- she would

11   know.

12                    MS. DORMBLAZER:  Okay.

13                    MR. HENDERSON:  Yeah, just get the

14   details of that.  Put that down as well when you send

15   me your information.

16                    MR. JEFFERSON:  Okay.

17                    MR. HENDERSON:  Who connected you to

18   them.

19                    MS. DORMBLAZER:  That's all.  Thank

20   you.

21                    MR. JEFFERSON:  No problem.

22                    MR. HENDERSON:  Okay.

23             All right, and we'll conclude the meeting.

24   I'll give you this list and you'll be free to go.

25                    MR. JEFFERSON:  Okay.

1          WHEREUPON,

2      the meeting was adjourned.

3

4

5

6

7

8

9

10

11

12

13

14

15

16

17

18

19

20

21

22

23

24

25

```
 1                    CERTIFICATION

 2              I, Cassandra J. Stiles, CVR, Certified

 3   Court Reporter and Notary Public in and for the

 4   County of Forsyth, State of North Carolina at Large,

 5   do hereby certify;

 6              That the foregoing record was reduced to

 7   typewriting in the normal course and manner of the

 8   transcription of electronic files as provided, and

 9   that the electronic file from which the record was

10   produced was retrieved from the official records of

11   the Court hereon indicated, and that the foregoing

12   pages are a complete and accurate written record of

13   said file;

14              That the undersigned is not of kin nor in

15   anywise associated with any of the parties touched by

16   the subject matter contained herein, nor any counsel

17   thereto, and that I am not interested in any event(s)

18   thereof.

19              IN WITNESS WHEREOF, I have hereunto set my

20   hand this the 20th day of November, 2016.

21                          Cassandra J. Stiles, CVR

22                          Certified Court Reporter

23                          Atlantic Professional Reporters

24                          Post Office Box 11672

25                          Winston-Salem, NC 27116-1672
```

4f34566b-a2ef-471b-a410-a8def4d307fe